UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID GORDON CANTRELL,

Plaintiff,

v.

ADMINISTRATIVE SUBDIVISIONS AND THE STATE OF WASHINGTON,

Defendants.

Case No. C07-5568FDB

ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has had at least three previous actions dismissed as frivolous, and the Magistrate Judge issued a show cause order why this cause of action should not be dismissed pursuant to 28 U.S.C. § 1915(g). He failed to respond to the Show Cause Order by the deadline January 24, 2008. Plaintiff has not filed a comprehensible or relevant response to the Report and Recommendation, filing only a document that purports to be an application to the Snohomish County Clerk.

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The application to proceed *in forma pauperis* is **DENIED.** Plaintiff has thirty days from the date of this order to pay the full $350.00 dollar filing fee. If the filing fee is not received in thirty days, the clerk's office is instructed to dismiss this action **WITHOUT PREJUDICE**

The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Kelley Arnold and note a date on Judge Arnold's calendar thirty days from today so this action can be tracked.

DATED this 14th day of March 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1