1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10

DAVID GORDON CANTRELL,

11

Plaintiff,

12

v.

Case No. C07-5568FDB

ORDER OF DISMISSAL

13

ADMINISTRATIVE SUBDIVISIONS and
THE STATE OF WASHINGTON,

14

15

Defendants.

16    This Court, on March 14, 2008, adopted a report and recommendation denying leave to

17  proceed *in forma pauperis* and allowed Plaintiff 30 days to pay the filing fee (until April 14, 2008),

18  otherwise this cause of action would be dismissed.  Plaintiff has not paid the filing fee within the time

19  period allowed.  Accordingly, this cause of action must be dismissed.  NOW, THEREFORE,

20    IT IS ORDERED: This cause of action is DISMISSED.

21    DATED this 18th day of April, 2008.

22
23

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

24
25
26  ORDER - 1