# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID GORDON CANTRELL

      v.

ADMINISTRATIVE SUBDIVISION and
THE STATE OF WASHINGTON, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5568FDB

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. Plaintiff has not paid the filing fee within the time period allowed.

2. This cause of action is **DISMISSED**.

April 21, 2008

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk